UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MV MUSIC, LLC

    Plaintiff,

  v.

PHASE ONE NETWORK, INC., d/b/a
PHASE ONE NETWORK, PHASE ONE,
PHASE ONE MUSIC and MOIST MUSIC,

    Defendant.

CASE NO. 16-cv-239 (VM)

**STIPULATION OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS**

   **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the plaintiff, in the above-captioned action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action is hereby dismissed in its entirety, with prejudice, and with each party bearing its own costs and attorneys' fees. This Stipulation may be executed in counterparts. Facsimile copies of signatures shall be deemed valid and binding to the same extent as original signatures.

Dated: August 29, 2016

ADELMAN MATZ P.C.

By: _____
 Gary Adelman, Esq.
 Sarah M. Matz, Esq.
1173A Second Avenue, Suite 153
New York, New York 10065
Phone: (646) 650-2207
Email: g@adelmanmatz.com
Email: sarah@adelmanmatz.com

*Attorneys for Phase One Network, Inc. d/b/a
Phase One Network i/s/h/a Phase One Network,
Inc. d/b/a Phase One Network Phase One,
Phase One Music and Moist Music*

MEDENICA LAW PLLC

By: _____
 Olivera Medenica, Esq.
3 Columbus Circle, 15th Floor
New York, NY 10036
Phone: (212) 785-0700
Email: omedenica@medenicalaw.com

*Attorneys for MV Music, LLC*